UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN J. BLACKSTOCK,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　　　　Defendant. | CASE NO. C16-0678JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The court has reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Karen L. Strombom. It is therefore ORDERED:

　　(1)　The court ADOPTS the Report and Recommendation;

　　(2)　The court REVERSES and REMANDS this matter for further administrative proceedings; and

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1    (3)    The court DIRECTS the clerk to provide copies of this Order to all counsel
2 and to Judge Strombom.

3    DATED this 4th day of January, 2017.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2